ACCEPTED
01-15-00132-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/30/2015 7:11:07 PM
CHRISTOPHER PRINE
CLERK

# No. 01-15-00132-CR

In the
# Court of Appeals
For the
# First District of Texas
At Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/30/2015 7:11:07 PM
CHRISTOPHER A. PRINE
Clerk

———————◆———————

## No. 1454997
In the 262nd District Court
Of Harris County, Texas

———————◆———————

# RICHARD CHARLES OWINGS, JR.
*Appellant*
V.
# THE STATE OF TEXAS
*Appellee*

———————◆———————

## STATE'S FINAL MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE APPELLATE BRIEF

———————◆———————

**TO THE HONORABLE COURT OF APPEALS:**

THE STATE OF TEXAS, pursuant to TEX. R. APP. P. 10.1, 10.5(b) & 38.6(d), moves for an extension of time within which to file its appellate brief. In support of its motion, the State submits the following:

1. Appellant was charged with the felony offense of aggravated sexual assault of a child. The jury found him guilty of the offense and he was sentenced to 30 years imprisonment.

2. Appellant's brief was filed on September 8, 2015, making the State's brief due, after one extension, on November 9, 2015.

3. The State's seeks an extension of 21 days, until today, November 30, 2015 to file its brief.

4. The State's motion is not for purposes of delay, but so that justice may be done.

WHEREFORE, the State prays that this Court will grant the requested extension until today, November 30, 2015.

Respectfully submitted,

/s/ *Jessica Akins*

JESSICA AKINS
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002
State Bar Number: 24029415
akins_jessica@dao.hctx.net

## CERTIFICATE OF SERVICE

Pursuant to TEX. R. APP. P. 9.5, this certifies that on November 30, 2015, a copy was sent to appellant's counsel at: rjayerslaw@comcast.net

/s/ *Jessica Akins*
JESSICA AKINS, ADA – Harris County